# COURT MINUTES

## U.S. MAGISTRATE JUDGE ALICIA O. VALLE - FORT LAUDERDALE, FLORIDA

**DEFT:** JENNIFER CASTRO (J)#  
**CASE NO:** 16-60350-CR-DIMITROULEAS (S)  
**AUSA:** Francis Viamontes *present*  
**ATTY:** FPD conflicted.  
**AGENT:**  
**VIOL:** 18:1594, 1591, 2421  
**PROCEEDING:** INITIAL APPEARANCE  
**RECOMMENDED BOND:** PTD  
**BOND HEARING HELD - yes** (circled)  
**COUNSEL APPOINTED:** CJA to be appointed  
**BOND SET @:** $250,000 PSB  
**To be cosigned by:** (father) Jonathan Friedman

Gov't motions to unseal SS Indictment. Order Signed in open court to unseal.

A - advised of charges.
A - sworn for counsel
A - ARRAIGNED
SDO issd.

- [ ] Do not violate any law.
- [ ] Appear in court as directed.
- [✓] Surrender and / or do not obtain passports / travel documents. — *Gov't to obtain A's + childrens' passports.*
- [✓] *A - to submit forwarding address to Pretrial office by Monday*
- [ ] Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person,
- [✓] *mental health treatment*
- [ ] Random urine testing by Pretrial Services. Treatment as deemed necessary.
- [✓] Maintain or seek full-time *or part time* employment. — *not at strip club. or not to visit stripclubs*
- [✓] *no excessive alcohol or illegal drugs*
- [✓] No contact with victims / witnesses.
- [✓] *maintain educational program.*
- [ ] No firearms.
- [✓] *electronic monitoring - paid by PTS*
- [ ] Curfew: 10pm + 6 AM
- [✓] *transportation facilities off limits*  ✱ *Home Confinement except for medical, religious services, school, work, taking kids to + from school*
- [✓] Travel extended to: SD/FL
- [✓] *live w/ father*
- [ ] Halfway House *no contact w/ codeft, co-deft's mother & co-deft's lawyer or "Shorty" Artunz Jung*
- [✓] *Internet restriction except for school.* A - subject to search

**NEXT COURT APPEARANCE:** **DATE:** **TIME:** **JUDGE:** **PLACE:**

**INQUIRY RE COUNSEL:**  ✱ *get landline w/in 2 weeks.*
**PTD/BOND HEARING:**  ✱ *father not to encumber property.*
**PRELIM/ARRAIGN. OR REMOVAL:** -

**CHECK IF APPLICABLE___:** For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

**DATE:** 5-4-17 **TIME:** 11:00am **DAR** 11:23:06 **Begin:** **End:**
*Recalled 11:56:17*
(1hr)