# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

**EXHIBIT AND WITNESS LIST**

**United States v. Jermayne Whyte and Jennifer Castro**        CASE NUMBER: **16-60050-CR-DIMITROULEAS(s)**

| PRESIDING JUDGE<br>Hon. William Dimitrouleas | ASSISTANT UNITED STATES ATTORNEY<br>Francis Viamontes & Jodi Anton | DEFENDANT'S ATTORNEY<br>Russell Willliams and Jonathan Friedman |
|---|---|---|
| TRIAL DATE(S)<br>8/21/2017 | COURT REPORTER<br>Francine | COURTROOM DEPUTY |

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | A.E.'s Birth Certificate |
| 2 | | | | | Ecuadorian Passport |
| 3 | | | | | Photo of preschool |
| 4 | | | | | Photo of Defendants' housing complex |
| 5 | | | | | Photo of Exterior of Defendants' townhouse |
| 6 | | | | | Photo of A.E.'s Arm |
| 7 | | | | | Photo of A.E.'s Back |
| 8 | | | | | Photo of prescription |
| 9 | | | | | Prescription for Metronidazole taken from Defendants' bedroom |
| 10 | | | | | Photo of Defendants' bedroom with exotic dancing pole |
| 11 | | | | | Backpage.com Records |
| 12 | | | | | Thorn Records |
| 13 | | | | | Photo of A.E. on Couch |
| 14 | | | | | Photo of Couch in living room |
| 15 | | | | | Photo of bedspread |
| 16 | | | | | Letter sent to Jermayne Whyte with picture of A.E., Castro and dinner table inside |
| 17 | | | | | Photo of Extended Stay |
| 18 | | | | | License bearing the name Jasen Baker |
| 19 | | | | | License bearing name Crystal Garcia |
| 20 | | | | | Invoice for Avis Grey Nissan Rental Car |
| 21 | | | | | T-Mobile Records |
| 22 | | | | | Samsung phone |
| 23 | | | | | Samsung phone extraction |
| 24 | | | | | Summary chart of Samsung |

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| | | **United States vs. Jermayne Whyte and Jennifer Castro** | | | **16-60050-CR-DIMITROULEAS(s)** |
| USA NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 25 | | | | | Photo of Samsung in Defendants' bedroom |
| 26 | | | | | LG phone |
| 27 | | | | | LG phone extraction |
| 28 | | | | | Summary text messages between A.E. and Whyte |
| 29 | | | | | Summary text messages between A.E. and Castro |
| 30 | | | | | PLAYHOUSE Business record |
| 31 | | | | | Jail Call Business Records Certification |
| 32 | | | | | Jail Call on 4/23/16 @ 08:47 |
| 33 | | | | | Transcript of Jail Call on 4/23/16 @ 08:47 |
| 34 | | | | | Jail Call on 4/23/16 @ 10:48 |
| 35 | | | | | Transcript of Jail Call on 4/23/16 @ 10:48 |
| 36 | | | | | Jail Call on 4/23/16 @ 10:55 |
| 37 | | | | | Transcript of Jail Call on 4/23/16 @ 10:55 |
| 38 | | | | | Jail Call on 4/23/16 @ 11:26 |
| 39 | | | | | Transcript of Jail Call on 4/23/16 @ 11:26 |
| 40 | | | | | Jail Call on 4/23/16 @ 18:04 |
| 41 | | | | | Transcript of Jail Call on 4/23/16 @ 18:04 |
| 42 | | | | | Jail Call on 5/18/16 @ 13:32 |
| 43 | | | | | Transcript of Jail Call on 5/18/16 @ 13:32 |
| 44 | | | | | Jail Call on 5/20/16 @ 19:56 |
| 45 | | | | | Transcript of Jail Call on 5/20/16 @ 19:56 |
| 46 | | | | | Jail Call on 5/21/16 @ 18:09 |
| 47 | | | | | Transcript of Jail Call on 5/21/16 @ 18:09 |
| 48 | | | | | Jail Call on 5/23/2016 @19:43 |
| 49 | | | | | Transcript of Jail Call on 5/23/2016 @19:43 |
| 50 | | | | | Comcast Business Records |
| 51 | | | | | Cell mapping |
| 52 | | | | | Jennifer Castro's Passport Wallet with passports and identifications |
| 53 | | | | | Adidas duffle bags in closet |
| 54 | | | | | Castro's Miranda Rights Waiver Form |

| | | | | | |
|---|---|---|---|---|---|
| 55 | | | | | Castro's Video Recorded Statement |
| 56 | | | | | Photo of clothes from Adidas bag |
| 57 | | | | | Certified Copy of A.E.'s Judgment dismissing Violation of Probation |
| 58 | | | | | Photo of A.E. |
| 59 | | | | | Extended Stay Records |
| 60 | | | | | |
| | | | | | |
| | | | | | A.E. (a minor) |
| | | | | | R.E. (Victim's father) |
| | | | | | Ronald Faircloth, Forensic Examiner, BSO |
| | | | | | Nicholas Masters, BSO |
| | | | | | Jeffrey Etter, Forensic Examiner, FBI |
| | | | | | Sgt. William Cunneen, BSO |
| | | | | | Roy Van Brunt, FBI |

Case 0:16-cr-60350-WPD   Document 99   Entered on FLSD Docket 08/20/2017   Page 3 of 3